UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60202-CR-COHN (s)(s)

UNITED STATES OF AMERICA,

v.

MICHAEL DAVID BEITER, JR.,

    Defendant.
_____/

### ORDER ON GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT, SUBJECT TO DETERMINATION OF RELEVANCE, DOMESTIC BANK RECORDS AND OTHER BUSINESS RECORDS

**THIS CAUSE** is before the Court on the Government's Motion *in Limine* to Admit, Subject to Determination of Relevance, Domestic Bank Records and Other Business Records [DE 69]. The Court has considered the Government's Motion, the Government's Supplemental Motion [DE 103], the defendant's Response [DE 92], the Government's Reply [DE 104], and is otherwise advised in the premises.

Although the Government's Supplemental Motion relates to four additional sets of business records, that is, Sound Advice, Ft. Lauderdale Christian School, Dreamscape Pools, Inc., and HSBC Auto Finance, the Court's ruling herein would equally apply to these records.

The Government's Motion *in Limine* seeks a preliminary pretrial ruling of admissibility of certified business records, subject to a determination of relevance. Specifically, the Government has obtained Fed. R. Evid. 902(11)/Fed. R. Evid. 803(6) certifications that the business records it seeks to introduce are both authentic pursuant to Fed. R. Evid. 902 and fall within the business records exception to the hearsay rule pursuant to Fed. R. Evid. 803(6).

The motion attached certifications from custodians of record from (1) Bank of America; (2) Tropical Federal Credit Union; (3) Wachovia Bank, NA; (4) Compass

Bank; and (5) Option One. These certifications set forth that these records are authentic records from these institutions. The certifications also set forth that these documents were business records in that (1) the records were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters; (2) the records were kept in the course of a regularly conducted business activity; and (3) it was the regular practice of this business to make these records.

Consistent with United States v. Ellis, 460 F.3d 920 (7th Cir. 2006), the Court finds that the business records affidavits are not testimonial in nature and hence comply with Rule 902(11), Federal Rules of Evidence.

It is therefore

**ORDERED AND ADJUDGED** that the Government's Motion *in Limine* to Admit, Subject to Determination of Relevance, Domestic Bank Records and Other Business Records [DE 69] is **GRANTED**. The business records from (1) Bank of America; (2) Tropical Federal Credit Union; (3) Wachovia Bank, NA; (4) Compass Bank; (5) Option One, (6) Sound Advice, (7) Ft. Lauderdale Christian School, (8) Dreamscape Pools, Inc., and (9) HSBC Auto Finance, are deemed authentic and are admissible subject to a finding of relevancy.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 8th day of October, 2010.

JAMES I. COHN
United States District Judge

Copies to:   Bertha R. Mitrani, AUSA
Jed Silversmith, DOJ Trial Attorney
Chantel Doakes, AFPD